# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

2019 ND 232

In the Interest of Robert R. Hoff

Marina Spahr, Assistant State's Attorney,                     Petitioner and Appellee

      v.

Robert R. Hoff,                                       Respondent and Appellant

No. 20190066

Appeal from the District Court of Burleigh County, South Central Judicial District, the Honorable John W. Grinsteiner, Judge.

AFFIRMED.

Per Curiam.

Marina Spahr, Assistant State's Attorney, Bismarck, N.D., for petitioner and appellee.

Kent M. Morrow, Bismarck, N.D., for respondent and appellant.

**Per Curiam.**

[¶1]   Robert Hoff appeals from a district court order denying his petition for discharge from treatment and finding he remains a sexually dangerous individual. Hoff argues the district court abused its discretion in granting the State's request for a continuance. We summarily affirm under N.D.R.App.P. 35.1(a)(4), finding no abuse of discretion by the district court.

[¶2]   Hoff also argues there was not clear and convincing evidence that he has serious difficulty controlling his behavior. The district court's findings of fact and order are supported by clear and convincing evidence, and we summarily affirm under N.D.R.App.P. 35.1(a)(2).

[¶3]   Gerald W. VandeWalle, C.J.
Jerod E. Tufte
Daniel J. Crothers
Lisa Fair McEvers
Jon J. Jensen